FILED
CLERK U.S. DISTRICT COURT
MAY - 9 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            Plaintiff,<br><br>v.<br><br>Jose Dulac Luna - Escalante<br><br>Defendant. | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions)<br><br>14-MJ-916 |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (X)  the appearance of defendant as required; and/or

(B)  ( )  the safety of any person or the community.

//
//

The court concludes:

A.  ( )  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B)  [X]  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

He will appear as ordered
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: 5/9/14

_____
HON. PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE